**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| BRANDON SAENZ | * | CASE NO.: 3:26-mc-00014 |
| | * | |
| VS. | * | Underlying Case in the United States District Court for the Southern District of Texas – Houston Division |
| QUARTERNORTH ENERGY LLC, et al. | * | Civil Action No. 4:24-cv-00037 (Honorable Peter Bray) |
| *In Re: Subpoena to Tom Pham* | * | |

## NOTICE TO ADD ADDITIONAL PARTIES TO THE SERVICE LIST

COMES NOW, Defendant Safeworx Safety Solutions, LLC ("Safeworx") files this Notice to add additional parties that were inadvertently left off the initial filing of the miscellaneous case when opened. Francisco Teng and Dipsom Dam are claimants who were entered into the original action by crossclaim in the United States District Court, Southern District of Texas, Houston Division, 4:24-cv-00037.

Safeworx requests that the court administratively add the two additional parties, Francisco Teng and Dipsom Dam as claimants and add them to the court's service list.

Respectfully submitted,

/s/ Julia G. Simonet
Julia Gandara Simonet
State Bar Number 24093470
1221 McKinney Street, Suite 2900
Houston, Texas 77010
Telephone: (832) 214-3941
Facsimile: (832) 214-3905
Email: jsimonet@cozen.com

and

Ryan Jones
Texas State Bar No. 24094343
Federal Bar No. 2996690
1717 Main Street, Ste. 3100
Dallas, TX 75201

Telephone: (214) 462.3000
Facsimile: (214) 462.3299
ryanjones@cozen.com

**ATTORNEYS FOR DEFENDANT SAFEWORX SAFETY SOLUTIONS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing filing was served upon all counsel of record via the CM/ECF System on February18, 2026.

| | |
|---|---|
| **ARNOLD & ITKIN LLP**<br>Jason A. Itkin<br>Texas Bar No. 24032461<br>SDTX Bar No. 33053<br>Cory D. Itkin<br>Texas Bar No. 24050808<br>SDTX Bar No. 618119<br>Alexandra F. Poulson<br>Texas Bar No. 24130390<br>SDTX Bar No. 3757445<br>6009 Memorial Drive<br>Houston, Texas 77007<br>Telephone: (713) 222-3800<br><br>*and*<br><br>Jeffrey S. Robin<br>State Bar No. 24084466<br>2450 Fondren Road, Suite 309<br>Houston, Texas 77063<br>O (832) 844-6888<br>M (305) 992-2600<br><br>*Counsel for Plaintiff* | **OTTINGER HEBERT, L.L.C.**<br>William H. L. Kaufman<br>LA Bar No. 29929<br>SDTX ID No. 3794324<br>Valerie V. Guidry<br>LA Bar No. 30780<br>SDTX ID No. TBD<br>1313 West Pinhook Road (70503)<br>P. O. Drawer 52606<br>Lafayette, Louisiana 70505-2606 Telephone:<br>(337) 232-2606<br>Facsimile: (337) 232-9867<br>whkaufman@ohllc.com vvguidry@ohllc.com<br><br>*Counsel for Island Operating Company, Inc. and Island Operating Company of Texas* |
| **GRAY REED**<br>Gabe T. Vick<br>Texas Bar No. 24063046<br>Federal ID No. 956281<br>gvick@grayreed.com<br>Jeremy Walter<br>Texas Bar No. 24098572<br>Federal ID No. 3528919<br>jwalter@grayreed.com<br>Samuel P. Rajaratnam | **KING & JURGENS, L.L.C.**<br>JAMES D. BERCAW (*pro hac vice*)<br>201 St. Charles Avenue, 45TH Floor<br>New Orleans, Louisiana 70170<br>Telephone: (504) 582-1272<br>Facsimile: (504) 582-1233<br>jbercaw@kingjurgens.com<br><br>and |

| | |
|---|---|
| Texas Bar No. 24116935<br>Federal ID No. 3673774<br>srajaratnam@grayreed.com<br>1300 Post Oak Blvd., Suite 2000<br>Houston, Texas 77056<br>Tel: (713) 986-7000<br>Fax: (713) 986-7100<br>*Attorneys for Defendants Apache Corporation, Apache Deepwater LLC, and Apache Shelf, Inc.* | Michael S. Wright<br>Texas State Bar No. 22049900<br>6363 Woodway, Ste. 820<br>Houston, TX 77057<br>Tel: 713.334.5644<br>Fax: 713.715.4778<br>mwright@kingjurgens.com<br><br>*Attorneys for Defendants, QuarterNorth Energy LLC, Fieldwood Energy LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy IV LLC* |
| COZEN O'CONNOR, P.C.<br>Julia G. Simonet<br>State Bar No. 24093470<br>jsimonet@cozen.com<br>1221 McKinney, Suite 2900<br>Houston, Texas 77010<br>Telephone:(832) 214-3941<br>Facsimile: (713) 512-5193<br>jsimonet@cozen.com<br><br>Ryan Jones<br>State Bar No. 24094343<br>ryanjones@cozen.com<br>1717 Main St., Ste 3100<br>Dallas, TX 75201<br>Telephone: (214) 462-3148<br>Facsimile: (214) 462-3299<br>*Attorneys for Safeworx Safety Solutions, LLC* | **Armstrong Lee & Baker LLP**<br>Scott P. Armstrong<br>State Bar No. 24092050<br>S.D. Tex. No. 2696823<br>Adam M. Grable<br>State Bar No. 24120859<br>S.D. Tex. No. 3617540<br>2800 North Loop West, Ste. 900<br>Houston, Texas 77092<br>Telephone: (832) 709-1124<br>Facsimile: (832) 709-1125<br>sarmstrong@armstronglee.com<br>agrable@armstronglee.com<br>service@armstronglee.com<br>*Attorneys for Dipson Dam* |
| **Laborde Siegel, LLC**<br><br>BRENDAN P. DOHERTY<br>Texas Bar No. 24075923<br>Email: bdoherty@labordesiegel.com<br>KIMBERLY A. FOJTIK<br>Texas Bar No. 24119695<br>Email: kfojtik@labordesiegel.com<br>5151 San Felipe, Suite 750<br>Houston, Texas 77056<br>Telephone: (832) 255-6000<br>Facsimile: (832) 255-6001<br><br>*Abraham, Watkins, Nichols, Agosto, Aziz & Stogner* | |

| | |
|---|---|
| MUHAMMAD S. AZIZ<br>Federal ID No. 868540<br>State Bar No. 24043538<br>800 Commerce Street<br>Houston, Texas 77002<br>(713) 222-7211 – Telephone<br>(713) 225-0827 – Facsimile<br>maziz@awtxlaw.com<br><br>MOYE LAW FIRM, PLLC<br>*/s/ William Richards Moye*<br>William Richards Moye<br>Federal ID No. 34007<br>Texas Bar No. 24027553<br>2200 Post Oak Boulevard, Suite 1000<br>Houston, Texas 77056<br>Telephone: (713) 333-8820<br>Email: will@moyefirm.com<br><br>*Attorney for Francisco Teng* | |

*/s/ Julia G. Simonet*
Julia G. Simonet